John Thompson, who sues for himself and for the School District of Buffalo Township, Washington Co., Pa. v. John Preston, J. B. Akin, Joseph W. Craig, Appellants.

Argued April 21, 1897.   Appeal No. 165, April T., 1897, by defendants from order of C. P. Washington Co., Aug.T., 1896, No. 115, refusing leave to appeal nunc pro tunc, from judgment of magistrate. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.   Affirmed.

OPINION BY WICKHAM, J., July 23, 1897:

This case is governed by the decision, this day handed down in John Thompson who sues, etc. v. John Preston et al. No. 164, April term, 1897.

The order of the court below is affirmed at the costs of the appellants.